VILLARREAL HUTNER PC
TRACY S. TODD, ESQ., Cal. Bar No. 172884
E-Mail: ttodd@vhattorneys.com
STEPHEN KENNEDY ROBINSON, ESQ., Cal. Bar No. 217898
575 Market Street, Suite 300
San Francisco, California  94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorney for Defendant
SAM'S WEST, INC. (erroneously sued
as WAL-MART STORES, INC.)

LEO F. DONAHUE, INC.
Leo F. Donahue, Esq., Cal. Bar No. 114484
Email: donahue@lfdlaw.net
11344 Coloma Road, Suite 160
Gold River, CA  95670
Telephone: (916) 859-5999
Facsimile: (916) 859-5984

Attorney for Plaintiff
LAURA TOYSA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| LAURA TOYSA,<br><br>          Plaintiff,<br><br>     v.<br><br>WAL-MART STORES, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>          Defendants. | CASE NO. 2:09-cv-03113-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR EXCHANGE OF EXPERT WITNESSES**<br><br>Judge:  Hon. Garland E. Burrell, Jr.<br>Ctrm.:  10<br><br>Action Filed:  August 13, 2009<br>Trial Date:     September 27, 2011 |
|---|---|

///

///

-1-
CASE NO. 2:09-cv-03113-GEB-DAD       STIPULATION AND ORDER TO CONTINUE DEADLINE FOR
EXCHANGE OF EXPERT WITNESSES

1    Plaintiff Laura Toysa ("Plaintiff"), through her counsel Leo Donahue, Inc., and Defendant Sam's West, Inc., erroneously sued as Wal-Mart Stores, Inc., ("Defendant"), through its counsel Villarreal Hutner PC, (collectively "the Parties") do hereby agree and stipulate as follows:

WHEREAS, the current deadline for exchange of expert witnesses is September 17, 2010;

WHEREAS, Defendant has not yet been able to depose Plaintiff;

WHEREAS, Plaintiff's deposition was scheduled for July 28, 2010;

WHEREAS, Plaintiff did not attend her scheduled deposition on July 28, 2010;

WHEREAS, Defendant has consistently and diligently been attempting to reschedule Plaintiff's deposition, but was unable to obtain a date from Plaintiff for her deposition until this week;

WHEREAS, Plaintiff's deposition has now been rescheduled for September 30, 2010;

WHEREAS, due to Defendant's inability to depose Plaintiff, the parties are not in a position to know what experts may be needed in this matter.

WHEREAS, the Parties are adverse to each other, but now jointly request that:

1.   This Court continue the deadline for exchange of expert witnesses until October 29, 2010.

2.   This Court continue the deadline for exchange of rebuttal expert witnesses until November 29, 2010.

Respectfully submitted,

Dated:  September 17, 2010          VILLARREAL HUTNER PC

By:    /s/Tracy S. Todd
       TRACY S. TODD

       Attorney for Defendant
       SAM'S WEST, INC.

| | | |
|---|---|---|
| 1 | Dated:  September 17, 2010 | LEO F. DONAHUE, INC. |
| 2 | | |
| 3 | | By:    */s/ Leo F. Donahue*<br>       LEO F. DONAHUE |
| 4 | | Attorney for Plaintiff |
| 5 | | LAURA TOYSA |

**IT IS SO ORDERED that the deadline for exchange of expert witnesses in this matter is now set for October 29, 2010, and the exchange of authorized rebuttal information is now set for November 29, 2010.**

**Date:  9/22/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge